UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

JAMIE SHIPPING INC., PUFFIN MARINE                  :        08 CV 6882 (JFK)
INVESTMENTS SA and BANK MANDIRI                     :
(EUROPE) LTD. UK,                                   :

                  Plaintiffs,              :

    - against -                                    :

OMAN INSURANCE CO.,                                 :

                 Defendant.               :

-------------------------------------------------------------------X

## ORDER TO UNSEAL CASE

This Court ordered on July 30, 2008, pursuant to Plaintiff's motion that this case be

temporarily sealed. Upon application of the Plaintiff, if is now hereby

ORDERED that this case is UNSEALED;

IT IS FURTHER ORDERED that all papers filed heretofore will be posted electronically

on the Court's ECF system.

Dated:  New York, NY
       August 11, 2008

                                SO ORDERED

                                Hon. John F. Keenan
                                United States District Judge