UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMIE SHIPPING INC., PUFFIN MARINE        :    08 CV _____
INVESTMENTS SA and BANK MANDIRI           :
(EUROPE) LTD. UK,                          :
                                           :
                  Plaintiffs,              :
                                           :
       - against -                         :
                                           :
OMAN INSURANCE CO.,                        :
                                           :
                  Defendant.               :
------------------------------------------------------------X

### DISCLOSURE OF INTERESTED PARTIES
### PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: July 30, 2008
       New York, NY

                                    The Plaintiffs,
                                    JAMIE SHIPPING INC., PUFFIN MARINE
                                    INVESTMENTS SA and BANK MANDIRI
                                    (EUROPE) LTD. UK,

                                    By: _____/s/ Anne C. LeVasseur_____
                                    Kevin J. Lennon
                                    Anne C. LeVasseur
                                    LENNON, MURPHY & LENNON, LLC
                                    The Gray Bar Building
                                    420 Lexington Ave., Suite 300
                                    New York, NY 10170
                                    (212) 490-6050
                                    facsimile (212) 490-6070
                                    kjl@lenmur.com
                                    acl@lenmur.com