UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JAMIE SHIPPING INC., PUFFIN MARINE
INVESTMENTS SA and BANK MANDIRI
(EUROPE) LTD., UK,

                    Plaintiffs,

- against -

OMAN INSURANCE COMPANY,

                    Defendant.
------------------------------------------------------------X

Case No.: **08 CV 6882(JFK)**

**NOTICE OF RESTRICTED APPEARANCE PURSUANT TO SUPPLEMENTAL RULE E(8)**

PLEASE TAKE NOTICE, that defendant OMAN INSURANCE COMPANY, by and through its undersigned counsel, hereby enters a restricted appearance pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure to defend against the claims in this action.

Dated: August 22, 2008
       New York, New York

Respectfully submitted,

By_____
Christopher Carlsen (CC 9628)
CLYDE & CO US LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 710-3900
christopher.carlsen@clydeco.us

Attorneys for Defendant

TO:   Kevin J. Lennon, Esq.
       Lennon, Murphy & Lennon, LLC
       420 Lexington Avenue, Suite 300
       New York, New York 10170
       (212) 490-6050

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK      )
                       : ss.:
COUNTY OF NEW YORK     )

     Melissa Vorozilchak, being duly sworn, deposes and says that deponent is not a party of this action, is over 18 years of age and resides in New York, New York. On August 22, 2008 deponent served the within **NOTICE OF RESTRICTED APPEARANCE PURSUANT TO SUPPLEMENTAL RULE E(8)** upon:

Kevin J. Lennon, Esq.
Lennon, Murphy & Lennon, LLC
420 Lexington Avenue, Suite 300
New York, New York 10170
(212) 490-6050

The address(es) designated by said attorney(s) for that purpose by depositing a true copy thereof enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                  _/s/ Melissa Vorozilchak_
                                                                      Melissa Vorozilchak

Sworn to before me this
22nd day of August, 2008

_/s/ Patricia A. Donnelly_
Notary Public

      PATRICIA A. DONNELLY
   Notary Public, State of New York
         No. 01DO5087441
    Qualified in New York County
  Commission Expires Nov. 30, 2009

57445v1