USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-4-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMIE SHIPPING INC., PUFFIN MARINE
INVESTMENTS SA and BANK MANDIRI
(EUROPE) LTD., UK,

                     Plaintiffs,

- against -

OMAN INSURANCE COMPANY,

                     Defendant.
------------------------------------------------------------X

Case No : 08 CV 6882(JFK)

**ORDER TO SHOW CAUSE**

PLEASE TAKE NOTICE, that upon the annexed Affidavit of Christopher Carlsen dated August 22, 2008, and the attachments thereto, and upon the accompanying Memorandum of Law submitted on behalf of defendant Oman Insurance Company ("OIC"), it is

ORDERED that the plaintiffs show cause before the Honorable John F. Keenan, United States District Judge, at 500 Pearl Street, Courtroom 20C, New York, New York 10007-1302 on the 4 day of September, 2008, at 10:30 o'clock a.m./p.m., or as soon thereafter as counsel can be heard why the following relief should not be granted:

1. An Order, pursuant to Rules E(4)(f) and (5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions to the Federal Rules of Civil Procedure (Supplemental Rules"), and Rule E.1 of the Local Admiralty and Maritime Rules for the Southern and Eastern Districts of New York, compelling plaintiffs to accept an irrevocable letter of credit issued by Mashreq Bank as substitute security for the $3,558,738.50 in funds attached by plaintiffs pursuant to the *Ex Parte* Order of Maritime Attachment and Garnishment issued herein on July 31, 2008, and releasing all funds attached pursuant to the Attachment Order; and

2. For such further relief as the Court may deem just and appropriate in the circumstances.

AND IT IS FURTHER ORDERED, that service of a copy of this Order and the papers upon which it is based be made by personal delivery to plaintiff's counsel, Lennon, Murphy & Lennon, LLC at their offices at 420 Lexington Avenue, Suite 300, New York, New York 101701 on or before August 22, 2008 at 5 p.m.

Answering papers, if any, including but not limited to affidavits, affirmations, declarations and/or memorandum of law, shall be served so as to be received by counsel for the movant, Clyde & Co US LLP, 405 Lexington Avenue, New York, New York 10174 by either fax or email on or before the 27 day of August, 2008, by 3 a.m./p.m.

Reply papers, if any, on behalf of movant shall be served by fax or email so as to be received by counsel for plaintiff at their offices as described above on or before 28 day of August, 2008, by 3 a.m./p.m.

Dated: August 22, 2008
New York, New York

_____
Hon. John F. Keenan
United States District Judge

TO: Kevin J. Lennon, Esq.
Anne C. LeVasseur, Esq.
Lennon, Murphy & Lennon, LLC
420 Lexington Avenue, Suite 300
New York, New York 10170
(212) 490-6050

2