UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JAMIE SHIPPING INC., PUFFIN MARINE     :
INVESTMENTS SA and BANK MANDIRI        :
(EUROPE) LTD., UK,                     :
                                       :   08 Civ 6882(JFK)
              Plaintiffs,              :
                                       :   **Rule 7.1 Statement**
     - against -                       :
                                       :
OMAN INSURANCE COMPANY,                :
                                       :
              Defendant.               :
                                       :
------------------------------------X

    Defendant OMAN INSURANCE COMPANY, by and through its attorneys, Clyde & Co US LLP, states, pursuant to Federal Rule of Civil Procedure 7.1, that it is not publicly held and has no parent company.

Dated: September 5, 2008
      New York, New York

                            Respectfully submitted,

                            By_____
                              Christopher Carlsen
                              CLYDE & CO US LLP
                              The Chrysler Building
                              405 Lexington Avenue, 11th Floor
                              New York, New York 10174
                              (212) 710-3900

                              Attorneys for Defendant
                              OMAN INSURANCE COMPANY